Case 10-26841    Filed 08/15/13    Doc 56

FILED

AUG 1 5 2013

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In re )
)
DEREK J. EVANS ) Bankruptcy Case No. 10-26841-E-13C
XXX-XX-8876 )
)
)
JEANNIE E. EVANS )
XXX-XX-6126 )
)
)
)
         Debtor(s).         )

## ORDER VACATING DISCHARGE OF DEBTOR

On March 19, 2010, the above-entitled debtor(s) filed a petition for relief under Chapter 13 of the Bankruptcy Code.

On August 13, 2013, a *Discharge of Debtor* was erroneously issued in the above-entitled case.

**IT IS ORDERED** that the *Discharge of Debtor* dated August 13, 2013, is hereby vacated and set aside.

DATED: August 15, 2013

Judge Ronald H. Sargis
United States Bankruptcy Court